UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JEREMY DOMONICK ROBINSON | CIVIL ACTION NO. 11-cv-1640 |
| VERSUS | JUDGE FOOTE |
| JOHN MARTIN, ET AL | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that (1) Plaintiff's **Motion to Dismiss Summary Judgment (Doc. 52)** is **denied**, (2) Dr. Moore's **Motion for Summary Judgment (Doc. 48)** is **granted** and all claims against Dr. Judd Moore are **dismissed**, and (3) the DWCC/DOC defendants' **Motion for Summary Judgment (Doc. 47)** is **granted in part** by dismissing all claims against James LeBlanc and Jerry Goodwin and **denied** in all other respects. Left to be resolved by other means are the Eighth Amendment claims against John Martin, Joel Williams, Paula Millwee, and Michele Dauzat.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27th day of September, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE